FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2018

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IRWIN BOOCK
*Defendant*

No. 00- B 1921 (PAC) *LTB*

- Against -

**MOTION FOR RE-CONSIDERATION FILING**

**SECURITIES AND EXCHANGE COMMISSION**
*PLAINTIFF*

I, Irwin Boock, affirm under penalty of perjury submit this response to the filing submitted by the Court on July 11, 2018 and received by mail on July 20, 2018.

2. I have personal knowledge of facts which bear on this motion because I am the defendant in this action.

Under the local Colorado District Court Rules of Procedure the following is stated under

# III. PLEADINGS AND MOTIONS
**D.C.COLO.LCivR 7.1 MOTIONS**

**(d) Motion, Response and Reply; Time for Serving and Filing; Length.** Excluding motions filed under Fed. R. Civ. P. 65, a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority in the motion. The responding party shall have 21 days after the date of service of a motion, or such lesser or greater time as the court may allow, in which to file a response. The moving party may file a reply no later than 14 days after the date of service of the response, or such lesser or greater time as the court may allow.

As the Court has been previously made aware we served our motion that was filed in

Colorado upon Steven Peikin, the Co- Director of Enforcement of the Securities and

Exchange Commission, and delivered to 100 F Street, N.E., Washington, D.C. 20549.

SEC head office on or about November 14, 2018.

There is no reasonable or acceptable excuse for the SEC to claim that they were unaware of the filing in Colorado.

To give the Plaintiff months to respond based upon a falsehood presented by the Plaintiff is unwarranted and is prejudicial against the Boocks.

We would like to bring to the Court's attention that on Page 5 of the decision is an obvious error by the Court.

The reference to " I stated that even if it was true that Birte Boock was undergoing treatment at the time"

The Court has obviously forgotten that medical and police reports were filed and then sealed by the Court.

In regard to new evidence it has come to our attention that the SEC has in its possession documentation proving beyond any reasonable doubt that their main witness embezzled hundreds of thousands of dollars from Leah Industries and the SEC failed to seek criminal prosecution.

The Court must note that the Plaintiff has failed to deny this. Further in regard to the five elements mentioned by the Court on page 6 of the decision the outcome of this case meets all five elements.

Rule 60(b) further provides:
The court may relieve a party or its legal representative from a final
Judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence . . . ;

(3) fraud . . . , misrepresentation, or misconduct by an opposing party

What we have in this matter is mistake, inadvertence, and fraud, misrepresentation, and misconduct by an opposing party which in this matter is the SEC and therefore covers sufficient reason to void the judgement and while still allowing the Plaintiff recourse to re-open the matter and this time to see that proper justice is served

. The question before the Court is whether or not justice will be served. The Court cannot adjust the rules for the Plaintiff without considering the harm to the defendants. Further for the Plaintiff to have suppressed evidence all these years should be sufficient reason for the Court to void and vacate the judgement.

7. In view of the foregoing, it is respectfully submitted that the motion should be granted.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Toronto, Ontario          July 24, 2018

Signature _/s/_____

Address: 500 Hidden Trail
Toronto, Ontario
M2R 3R5
Telephone Number (416) 663 2953

*Rev.05/2007*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**IRWIN BOOCK**
**Defendant**

00-B-1921 (PAC)

- Against -

**AFFIRMATION OF SERVICE**

**SECURITIES AND EXCHANGE COMMISSION**

I, Irwin Boock, **declare under penalty of perjury** that I have

Served a copy of the attached **notice of motion and motion to void judgement**

To the following persons by e mail

Upon

Bennett Ellenbogen
Securities and Exchange Commission, 200 Vesey Street, New York, New York 10281

Dated: Toronto, Ontario,

July 24, 2018

Irwin Boock

500 Hidden Trail

Toronto, Ontario

M2R 3R8

(416) 663 2953

*Rev. 05/2007*

